U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 30 2011
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GREGORY G. HARRIS, ESQ. AS TRUSTEE IN
BANKRUPTCY FOR THE BANKRUPTCY
ESTATE OF DOUGLAS KARLAN and LUANN
FLORIO-KARLAN, DEBTORS,

          Plaintiff,

-against-

COLONIE MOTORS, INC., RIK S. WOLDRING,
and ISAAC CASANOVA,

          Defendants.

**ELECTRONICALLY FILED**

**STIPULATION AND ORDER
OF DISMISSAL**

**Civil Case No. 1:10-CV-0146
(NAM/RFT)**

---

  IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff Gregory G. Harris, Esq. As Trustee In Bankruptcy For The Bankruptcy Estate Of Douglas Karlan And Luann Florio-Karlan, by and through his counsel, Charney & Associates, and Defendants Colonie Motors, Inc., Rik S. Woldring, and Isaac Casanova ("Defendants"), by and through their counsel, Bond Schoeneck & King, PLLC, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other.

Dated: September 2, 2011
BOND, SCHOENECK & KING, PLLC

By:  s/Sanjeeve K. DeSoyza

Dated: September 2, 2011
CHARNY & ASSOCIATES.

By:  s/Thomas E. Feeney

10

269963.2 6/24/2011

| | |
|---|---|
| Bar Roll No. 514083 | Bar Roll No. 516159 |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 111 Washington Avenue | 9 West Market Street, Suite B |
| Albany, New York 12210 | Rhinebeck, York 12572 |
| Telephone: (518) 533-3206 | Telephone: (845) 876-7500 |
| Facsimile: (518) 533-3299 | Facsimile: (845) 876-7501 |
| Email: sdesoyza@bsk.com | Email: tfeeney@charnyand associates.com |

SO ORDERED:

Dated: Sept. 30, 2011
Albany, New York

*[signature]*
Hon. Norman A. Mordue
United States District Court